UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 24-168 JWB/ECW

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| v. | 18 U.S.C. § 2252A(a)(2) |
| | 18 U.S.C. § 2252A(b)(1) |
| TIMOTHY LENNARD GEBHART, | 18 U.S.C. § 875(d) |
| | 18 U.S.C. § 2253(b) |
| Defendant. | 21 U.S.C. § 853(p) |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to this Indictment:

### Introduction

Defendant Timothy Lennard Gebhart engaged in a sextortion scheme to gain the trust of minor victims and then extorted them to send him sexually explicit materials of the minor victims.

Defendant Gebhart used online platforms including Instagram and Snapchat to locate minor victims. Defendant Gebhart convinced the minor victims to send him photographs and videos of the minor victims engaging in sexually explicit conduct, sometimes in exchange for money.

Defendant Gebhart then targeted the minor victim's contacts on the online platforms to locate additional minor victims to exploit. Defendant Gebhart would cite his relationships with other minor victims to gain the trust of additional minor victims.


SCANNED JUN 18 2024 U.S. DISTRICT COURT MPLS

*United States v. Timothy Lennard Gebhart*

After receiving initial deliveries of sexually explicit material from the minor victims, Defendant Gebhart would demand that the minor victims send additional sexually explicit material, threatening the minor victims that if they refused Defendant Gebhart would share the sexually explicit material with the minor victim's family, friends, and classmates. One such extortion, sent on or about November 21, 2021, consisted of the following:



Fig. 1: Messages Defendant Gebhart sent to Child A (name redacted).

Defendant Gebhart would also send minor victims graphic and explicit videos of suicides and violent murders to coerce and intimidate the minor victims.

## COUNT 1
**(Production and Attempted Production of Child Pornography)**

Between on or about November 18, 2021, and on or about March 11, 2022, in the State and District of Minnesota, the defendant,

**TIMOTHY LENNARD GEBHART,**

attempted to and did employ, use, persuade, induce, entice, and coerce Minor A, a 16-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including a recorded video with the file name "YouCut_20220311_205135693.mp4" that is approximately 3:38 in duration, that depicts Minor A penetrating her anus with her finger and masturbating with her genitalia vagina captured in the recording, where such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2
**(Production and Attempted Production of Child Pornography)**

Between on or about July 10, 2021, and on or about August 26, 2021, in the State and District of Minnesota, the defendant,

**TIMOTHY LENNARD GEBHART,**

attempted to and did, employ, use, persuade, induce, entice, and coerce Minor B, a 14-year-old girl, to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, including a recorded video with the file name "20210826_205859.mp4" that is approximately 27:20 in duration, that depicts Minor B displaying her breasts and genitalia and removing a tampon, where such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3
### (Distribution of Child Pornography)

Between on or about November 18, 2021, and on or about September 13, 2023, in the State and District of Minnesota, the defendant,

**TIMOTHY LENNARD GEBHART,**

did knowingly distribute any visual depiction that has been shipped and transported in an affecting interstate and foreign commerce, by means including by computer and cellular phone, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct; all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT 4
### (Interstate Communications with Intent to Extort)

Between on or about November 21, 2021, and on or about September 13, 2023, in the State and District of Minnesota, the defendant,

**TIMOTHY LENNARD GEBHART,**

did knowingly transmit in interstate and foreign commerce from his residence in the State of Minnesota, with intent to extort from Minor A, money and other things of value, a communication containing a threat to damage the reputation of Minor A by sending her nude photos and videos to family members of Minor A; all in violation of Title 18, United States Code, Section 875(d).

## FORFEITURE ALLEGATIONS

If convicted of Counts 1–3 of the Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

1. Any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to:

1. A Samsung SM-T3377R4 Galaxy Tab 8.0 tablet; and

2. A Samsung Galaxy A51 cell phone, serial number R58N625W18T.

Upon conviction of the offense alleged in Count 4 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c),

any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

| _____ | _____ |
|---|---|
| UNITED STATES ATTORNEY | FOREPERSON |