## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

                                **Criminal No. 24-cr-00168-JWB-ECW**

TIMOTHY LENNARD GEBHART,

                Defendant,

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

                (X )Ad Prosequendum          ( )Ad Testificandum

Name of Detainee:  <u>Timothy Lennard Gebhart</u>

Detained at (custodian):  <u>WASHINGTON COUNTY JAIL</u>

The government is requesting the FBI Agency to transport detainee.

Detainee is:  a.)    (x) charged in this district by:  Indictment
                          Charging Detainee With:  Production and Attempted Production of Child Pornography and Distribution of Child Pornography

    or      b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ( ) return to the custody of detaining facility upon termination of this proceeding

    or      b.)    (x) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on Friday June 21, 2024 p.m. at 1:30pm in the courtroom of The Honorable Douglas L. Micko, 316 North Robert Street, St. Paul, **Courtroom 6B**.

Dated: June 20, 2024

                                              *s/ David M. Classen*
                                             DAVID M. CLASSEN, AUSA

### WRIT OF HABEAS CORPUS

                (x)Ad Prosequendum          ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 20, 2024                                          *s/ Douglas L. Micko*
Date                                                   THE HONORABLE DOUGLAS L. MICKO
                                                    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | M |
| Booking or Fed. Reg.#: | | DOB: | XX/XX/1986 |
| Facility Address: | 15015 62nd Street North | Race: | |
| | Stillwater, MN 55082 | FBI #: | |
| Facility Phone: | (651) 430-7900 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____
                                                                                        (Signature)

                                                                                                                    Writ Issued: 6/20/2024