# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 24-CR-168(1) JWB/ECW |
| TIMOTHY LENNARD GEBHART, Defendant. | Date: November 19, 2025 |
| | Court Reporter: Erin Drost |
| | Courthouse: St. Paul |
| | Courtroom: 7A |
| | Time Commenced: 10:05 AM |
| | Time Concluded: 10:42 AM |
| | Time in Court: 37 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  For Plaintiff:    David M. Claussen, Assistant United States Attorney
  For Defendant:    Lee R. Johnson, CJA

**x Sentencing.**

IT IS ORDERED:    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 360 months | | 10 years | | |
| 2 | X | | 360 months | | 10 years | | |
| 3 | X | | 240 months | | 10 years | | |
| 4 | X | | 24 months | | 10 years | | |

**Said terms to run** X concurrently ☐ consecutively
  x   Special conditions of :   **See J&C for special conditions**
      x   Defendant sentenced to pay:
          x   Total Special assessment in the amount of $400.00.
  x   Plea and plea agreement accepted.
  x   Defendant remanded to the custody of the U.S. Marshal.
  x   Docket nos.: 52, 53, 54, 55, 56 shall remain sealed until November 19, 2065.

    s/D. Dodd    
Courtroom Deputy